**Sarah J. Crooks**, OSB No. 971512
scrooks@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**E. Desmond Hogan** (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
**Michelle A. Kisloff** (admitted *pro hac vice*)
michelle.kisloff@hoganlovells.com
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: 202.637.5600
Facsimile: 202 637.5910

*Attorneys for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MEDHI SEIFIAN, individually and on behalf of all others,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | No. 3:17-cv-01879-AC<br><br>**STIPULATED JUDGMENT OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Based on the stipulation of the parties, now therefore,

IT IS HEREBY ORDERED and ADJUDGED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the individual claims brought on behalf of Plaintiff Medhi Seifian are hereby dismissed WITH prejudice and without attorney fees or costs to either party.

1 -   STIPULATED JUDGMENT OF DISMISSAL
138108660

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

IT IS HEREBY FURTHER ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims brought on behalf of any putative class or any subclass thereof are dismissed WITHOUT prejudice and without attorney fees or costs to either party.

DATED: January 16, 2018

_____
The Honorable John V. Acosta
U.S. Magistrate Judge

IT IS SO STIPULATED:

DATED: January 12, 2018

**OLSEN DAINES PC**

By s/ Michael R. Fuller
  **Michael R. Fuller,** OSB No. 09357
  michael@underdoglawyer.com
  US Bancorp Tower
  111 SW 5th Ave., Suite 3150
  Portland, OR 97204
  Telephone: 503-201-4570
  Facsimile: 503-362-1375

*Attorney for Plaintiff Medhi Seifian*

**PERKINS COIE LLP**

By s/ Sarah J. Crooks
  **Sarah J. Crooks,** OSB No. 971512
  scrooks@perkinscoie.com
  1120 N.W. Couch Street, 10th Floor
  Portland, OR 97209-4128
  Telephone: 503.727.2000
  Facsimile: 503.727.2222

  **E. Desmond Hogan** (admitted *pro hac vice*)
  desmond.hogan@hoganlovells.com
  **Michelle Kisloff** (admitted *pro hac vice*)
  michelle.kisloff@hoganlovells.com
  HOGAN LOVELLS US LLP
  Columbia Square
  555 Thirteenth Street, NW
  Washington, D.C. 20004
  Telephone: 202.637.5600
  Facsimile: 202637.5910

*Attorneys for Defendant Uber Technologies, Inc.*

2 -    STIPULATED JUDGMENT OF DISMISSAL
138108660

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222